FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT

8            CENTRAL DISTRICT OF CALIFORNIA

9

10   DEBRA L. JENKINS,                    )   Case No. CV 11-9597 AN
                                          )
11          Plaintiff,                    )   JUDGMENT
                                          )
12      v.                                )
                                          )
13   MICHAEL J. ASTRUE,                    )
     COMMISSIONER OF SOCIAL               )
14   SECURITY,                            )
                                          )
15          Defendant.                    )
                                          )
16   _____ )

17          For the reasons set forth in the accompanying Order, it is hereby ADJUDGED

18   AND DECREED the Commissioner's final decision is affirmed and this action is

19   dismissed with prejudice.

20

21

22   DATED: August 23, 2012      _____
                                      ARTHUR NAKAZATO
                                 UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28