FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA L. JENKINS, | Case No. CV 11-9597 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: August 23, 2012

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE